**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § CASE NUMBER 1:20-CR-00005-TH § v. § § § TOMAS CALVILLO (1), § MANUEL VILLATORO (2), § CHRISTOPHER CASTILLO (3), § RAMON MARTINEZ (4), § TINA GILDER (9), § JULIAN SANCHEZ (10), § ALEXIS VILLATORO (11), § | |

**ORDER OF DETENTION**

The Court called a hearing to consider the matter of Defendant's detention pending trial, Defendant waived his/her right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

Signed February 14, 2020.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE